Case 9:25-cv-00274-MAC-CLS   Document 18   Filed 06/15/26   Page 1 of 2 PageID #: 702

UNITED STATES DISTRICT COURT             EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LINDA MAY KILGORE | § | |
| | § | |
| *versus* | § | CASE NO.  9:25-CV-274-MAC |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND GRANTING APPLICATION FOR ATTORNEY'S FEES

Before the court is the Plaintiff's Unopposed Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (#16).  The Defendant did not file a response.  Judge Stetson recommended that the court grant the Plaintiff's application, and neither party filed objections to her Report and Recommendation.  Having considered the motion, the record, and the applicable law, the court is of the opinion that the motion should be granted.  It is therefore

**ORDERED** that the Report and Recommendation Regarding Attorney Fees is **ADOPTED**.  It is further

**ORDERED** that the Plaintiff's application for attorney's fees (#16) is **GRANTED** and the Commissioner of Social Security shall pay Linda May Kilgore, in care of her attorney, Gabriel Bono, attorney fees in the amount of $8,429.48 pursuant to the Equal Access to Justice Act. Payment should be mailed to: Linda May Kilgore, in care of her attorney, Gabriel Bono, at her office address, Bono Disability PLLC, 9030 Clay Hibbins Rd., Keller, Texas.  It is further

**ORDERED** that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney.   If successful at the administrative level, the

Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the

Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

SIGNED at Beaumont, Texas, this 15th day of June, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE